**Form 314**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gary W. Heller** | : | Case No. 17–24333–JAD |
| **aka Gary William Heller** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: January 10, 2018 at |
| | : | 9:00 am |

## ORDER

     **AND NOW,** this **The 6th of December, 2017,** as a result of the Proceeding held on December 4, 2017, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐     A.     The Parties cannot resolve the plan disputes, therefore, **on or before December 27, 2017,** all **Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

     **On at ,** a Conciliation Conference is scheduled in at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection.*

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐     B.     **On or before ,** the Debtor shall file an **Amended Plan**, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before December 27, 2017, Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

     **On at ,** a Conciliation Conference is scheduled in at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☑       C.       A CONTESTED HEARING on the Plan Dated October 30, 2017 at Dkt. No. 2 is scheduled for January 10, 2018 at 9:00 a.m. in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Objections are due on or before December 27, 2017.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24333-JAD
Gary W. Heller                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel              Page 1 of 2              Date Rcvd: Dec 06, 2017
                           Form ID: 314             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db         +Gary W. Heller,    923 Maple St Apt 2,    Ruffs Dale, PA 15679-1749
14719486   +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14719487    American Coradius International, LLC,    35A Rust Lane,    Boerne, TX 78006-8202
14719490    CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
14719489   +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14719491   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14719492    Excela Health Medical Group,    520 Jefferson Ave Ste 400,    Jeannette, PA 15644-2538
14719493   +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14719494   +Frick Hospital,    134 Industrial Park Rd Ste 2400,    Greensburg, PA 15601-7848
14732640   +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14736505   +Mason,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14719498    Mason Easy-Pay,    P.O. Box 2808,    Monroe, WI 53566-8008
14719499   +Michael F. Ratchford, Esq.,    Ratchford Law Group, PC,    409 Lackawanna Avenue, Ste 320,
             Scranton, PA 18503-2059
14741236   +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14719503   +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
14719506    Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14719507   +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
14719508    Quality Asset Recovery, LLC,    P.O. Box 239,    Gibbsboro, NJ 08026-0239
14719509   +SRA Associates, Inc.,    401 Minnetonka Rd,    Somerdale, NJ 08083-2914
14719511   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:  Toyota Financial Services,    P.O. Box 5855,
             Carol Stream, IL 60197)
14734945   +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
             Dallas, TX 75380-0849
14719513   +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14734808    Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
14736604   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14719515   +USX Federal Credit Union,    600 Grant St,    Pittsburgh, PA 15219-2702
14719516   +USX Federal Credit Union,    1293 Freedom Road,    P.O. Box 1728,    Cranberry Twp, PA 16066-0728
14719514   +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bnc@bass-associates.com Dec 07 2017 01:41:23
             United Consumer Financial Services,    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
14719488    E-mail/Text: legal@arsnational.com Dec 07 2017 01:41:36     ARS National Services, Inc.,
             P.O. Box 469046,   Escondido, CA 92046-9046
14719495   +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 07 2017 01:42:36     Harley Davidson Credit Corp.,
             PO Box 21829,   Carson City, NV 89721-1829
14719496   +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 07 2017 01:42:36     Harley-Davidson Credit Corp,
             3850 Arrowhead Dr,    Carson City, NV 89706-2016
14719497   +E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 01:41:32     Internal Revenue Service,
             Centralized Insolvency,    Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14719500   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2017 01:42:02     Midland Credit Management, Inc.,
             3111 Camino Del Rio North,    Suite 1300,    San Diego, CA 92108-5750
14719501   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2017 01:42:02     Midland Funding, LLC,
             2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14719502    E-mail/Text: bankruptcy@sccompanies.com Dec 07 2017 01:42:50     Montgomery Ward,
             1112 7th Ave,    Monroe, WI 53566-1364
14719505    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:45:15
             Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
14739111    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 02:08:47
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14720423   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:44:53
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14719504   +E-mail/Text: RVSVCBCNOTICE1@state.pa.us Dec 07 2017 01:41:47     Pennsylvania Dept of Revenue,
             Bankruptcy/Collection Unit,    10th Floor Strawberry Square,    4th & Walnut Streets,
             Harrisburg, PA 17128-0001
14719510    E-mail/Text: bankruptcy@sccompanies.com Dec 07 2017 01:42:50     The Swiss Colony,
             1112 7th Ave,    Monroe, WI 53566-1364
14732898   +E-mail/Text: bnc@bass-associates.com Dec 07 2017 01:41:23
             United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
             Tucson, AZ 85712-1083
14719514   +E-mail/Text: EBankruptcy@UCFS.NET Dec 07 2017 01:42:50     United Consumer Financial Services,
             865 Bassett Road,    Westlake, OH 44145-1194
14719517   +E-mail/Text: bnc-bluestem@quantum3group.com Dec 07 2017 01:42:34     WebBank,
             6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                   TOTAL: 16

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Dec 06, 2017
                             Form ID: 314              Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Toyota Motor Credit Corporation
cr*           +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14719512*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 8026,   Cedar Rapids, IA 52408)
                                                                      TOTALS: 1, * 2, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Mark G. Moynihan   on behalf of Debtor Gary W. Heller mark@moynihanlaw.net,
          moynihan.mark@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 4
```