IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Gary W. Heller<br><br>    Debtor(s)<br><br>Gary W. Heller<br><br>    Movant(s)<br><br>v.<br><br>Range Resources - Appalachia, LLC, and<br>Ronda J. Winnecour<br><br>    Respondent(s) | Bankruptcy No. 17-24333-JAD<br><br>Chapter 13<br><br>Related to Document No. 15 |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    I, Mark G. Moynihan, Attorney for Debtor, certify that on <u>December 22, 2017</u> I served a copy of the Court's <u>November 16, 2017</u> wage attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at <u>Range Resources - Appalachia, LLC, 100 Throckmorton St 1200, Ft. Worth, TX 76102</u>.

    Method of service: USPS first class mail, postage prepaid

    Total number of parties served: 1

    Date executed: December 22, 2017

    Respectfully submitted,

<u>/s/ Mark G. Moynihan</u>
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
112 Washington Place, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net