# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | GARY W. HELLER |
| Case Number: | 17-24333-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JANUARY 10, 2018 09:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 10/30/2017
- Conciliation Conference held 12/4/2017 - Continued To 1/10/2018 Contesteds
- Objection filed 12/12/2017 at Doc. No. 23 by Toyota Motor Credit Corporation

R / M #:  2 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  MARK G. MOYNIHAN, ESQUIRE
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for TOYOTA MOTOR CREDIT CORP.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ✓ To Conciliation Conference For 2-22-2018 at 3:30 AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**Conciliation Conference
2/22/2018 at 3:30 PM
p60**

FILED
1/10/18 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge