# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| Debtor: | GARY W. HELLER |
| Case Number: | 17-24333-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 22, 2018 03:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/26/18 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#2 - Continued Confirmation of Plan Dated 10/30/2017 (N)
R / M #:  2 / 0

## *Appearances:*

Debtor: T. Papadakos
Trustee: Winnecour / (Pail) Katz

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4-12-18 at 3:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/23/2018   9:10:36AM