UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary W. Heller aka Gary William Heller<br>　　　　　Debtor(s) | **DEFAULT O/E JAD** |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>v.<br>Gary W. Heller aka Gary William Heller<br>　　　　　Respondent<br>James A Perkey<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondents | Bankruptcy No. 17-24333-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 36 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY & SECTION 1301 CO-DEBTOR STAY

AND NOW, this 31st day of May, 2018, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA SIENNA, VIN: 5TDKK3DC0DS400796, in a commercially reasonable manner.

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

cc: See attached service list:

FILED
5/31/18 7:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Gary W. Heller aka Gary William Heller
923 Maple St Apt 2
Ruffs Dale, PA 15679

James A Perkey
2673 State Route 981
Mount Pleasant, PA 15666

Mark G. Moynihan Esq.
Moynihan Law, P.C.
112 Washington Pl Ste 230
Pittsburg, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:
Gary W. Heller
       Debtor

Case No. 17-24333-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: aala      Page 1 of 1      Date Rcvd: May 31, 2018
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2018.
db         +Gary W. Heller,    923 Maple St Apt 2,    Ruffs Dale, PA 15679-1749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
             ##+James A. Perkey,    2673 State Route 981,    Mount Pleasant, PA 15666-2605
                                                                                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         Mark G. Moynihan    on behalf of Debtor Gary W. Heller mark@moynihanlaw.net,
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                TOTAL: 4