IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-24333-JAD |
| Gary W. Heller | |
|     Debtor | Chapter 13 |
| | |
| Gary W. Heller | Related to Document No. 46, 47 |
|     Movant | |
| | Hearing Date: June 10, 2020 at 10:00AM |
|     v. | |
| | |
| Ronda J. Winnecour, Trustee | |
|     Respondent(s) | |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Motion to Dismiss Chapter 13** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, a Response to the Motion was to be filed and served no later than **May 10, 2020.**

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Dismiss Chapter 13 Case be entered by the Court.

| | |
|---|---|
| Dated: <u>May 12, 2020</u> | /s/ Mark G. Moynihan |
| | Mark G. Moynihan, Esquire |
| | Attorney for Debtor |
| | PA 307622 |
| | 2 Chatham Center, Suite 230 |
| | Pittsburgh, PA 15219 |
| | Phone: (412) 889-8535 |
| | Fax: (800) 997-8192 |
| | Email: mark@moynihanlaw.net |