```
                                                               FILED
                                                               5/13/20 9:03 am
                                                               CLERK
                                                               U.S. BANKRUPTCY
                                                               COURT - WDPA
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         **DEFAULT O/E JAD**

GARY W. HELLER,                    :    Bankruptcy No. 17-24333-JAD
                                   :
                                   :    Related to Doc. 46
                                   :
            Debtor.                :    Chapter 13
_____X

**ORDER DISMISSING CASE WITHOUT PREJUDICE
AND TERMINATING INCOME ATTACHMENT(S)**

**AND NOW,** this **13th** day of **May, 2020, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____   mas
JEFFERY A. DELLER
United States Bankruptcy Judge

00028602

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-24333-JAD
Gary W. Heller                                                      Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: aala                  Page 1 of 2                  Date Rcvd: May 13, 2020
                               Form ID: pdf900             Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +Gary W. Heller,    923 Maple St Apt 2,    Ruffs Dale, PA 15679-1749
cr             +First National Bank Of Pennsylvania,    c/o AAS Debt Recovery, Inc,
                 2526 Monroeville Blvd, Ste 205,    Monroeville, PA 15146-2371
14719486       +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14719487     ++++AMERICAN CORADIUS INTERNATIONAL, LLC,    37 RUST LN,    BOERNE TX   78006-8288
               (address filed with court:   American Coradius International, LLC,    35A Rust Lane,
                 Boerne, TX 78006-8202)
14719490        CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
14719491       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14801512       +First National Bank of PA,    C/O AAS Debt Recovery Inc.,    2526 Monroeville Blvd, Suite 205,
                 Monroeville, PA 15146-2371
14719493       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14719494       +Frick Hospital,   134 Industrial Park Rd Ste 2400,    Greensburg, PA 15601-7848
14732640       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
15236309        Midland Funding,   350 Camino De La Reina Ste 100,    San Diego, CA 92108-3007
14719503       +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
14719506        Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14719507       +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
14719508        Quality Asset Recovery, LLC,    P.O. Box 239,    Gibbsboro, NJ 08026-0239
14719511      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197)
14719513       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14734808        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14736604       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14719515       +USX Federal Credit Union,    600 Grant St,    Pittsburgh, PA 15219-2702
14719516       +USX Federal Credit Union,    1293 Freedom Road,    P.O. Box 1728,    Cranberry Twp, PA 16066-0728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com May 14 2020 03:51:25      Synchrony Bank,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
cr             +E-mail/Text: bnc@bass-associates.com May 14 2020 03:49:19
                 United Consumer Financial Services,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Ste. 200,    Tucson, AZ 85712-1083
14719488        E-mail/Text: legal@arsnational.com May 14 2020 03:50:32      ARS National Services, Inc.,
                 P.O. Box 469046,   Escondido, CA 92046-9046
14746615        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 03:55:08
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14719489       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2020 03:55:11
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14786440       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2020 03:50:33
                 Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,
                 Seattle, WA 98121-3132
15236308        E-mail/Text: llohr@excelahealth.org May 14 2020 03:49:18      Excela Health Physician Practices,
                 134 Industrial Park Rd Ste 1500,    Greensburg, PA 15601-8153
14719495       +E-mail/Text: bankruptcy.notices@hdfsi.com May 14 2020 03:51:47      Harley Davidson Credit Corp.,
                 PO Box 21829,   Carson City, NV 89721-1829
14719496       +E-mail/Text: bankruptcy.notices@hdfsi.com May 14 2020 03:51:47      Harley-Davidson Credit Corp,
                 3850 Arrowhead Dr,    Carson City, NV 89706-2016
14719497       +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 14 2020 03:50:29      Internal Revenue Service,
                 Centralized Insolvency,   Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14783619        E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2020 03:53:52
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14752262       +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:51:11      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
14736505       +E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:49:13      Mason,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14719498        E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:49:13      Mason Easy-Pay,
                 P.O. Box 2808,   Monroe, WI 53566-8008
14719500       +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:51:11      Midland Credit Management, Inc.,
                 3111 Camino Del Rio North,    Suite 1300,    San Diego, CA 92108-5750
14719501       +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:51:11      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14719502        E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:52:11      Montgomery Ward,
                 1112 7th Ave,   Monroe, WI 53566-1364
14741236       +E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:52:11      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14719505        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:21
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
14739111        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2              User: aala                    Page 2 of 2                   Date Rcvd: May 13, 2020
                                  Form ID: pdf900               Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14720423        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:54:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14719504        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:50:42       Pennsylvania Dept of Revenue,
                 Bankruptcy/Collection Unit,    10th Floor Strawberry Square,    4th & Walnut Streets,
                 Harrisburg, PA 17128-0001
14781809         E-mail/Text: bnc-quantum@quantum3group.com May 14 2020 03:50:38
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
14780570         E-mail/Text: bnc-quantum@quantum3group.com May 14 2020 03:50:39
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
14953944        +E-mail/Text: bncmail@w-legal.com May 14 2020 03:51:25        SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14719510         E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:52:11       The Swiss Colony,
                 1112 7th Ave,    Monroe, WI 53566-1364
14734945        +E-mail/Text: bankruptcy@sccompanies.com May 14 2020 03:52:11       The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14732898        +E-mail/Text: bnc@bass-associates.com May 14 2020 03:49:19
                 United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
                 Tucson, AZ 85712-1083
14719514        +E-mail/Text: EBankruptcy@UCFS.NET May 14 2020 03:52:12        United Consumer Financial Services,
                 865 Bassett Road,    Westlake, OH 44145-1194
14719517        +E-mail/Text: bnc-bluestem@quantum3group.com May 14 2020 03:51:45       WebBank,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14719512*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 8026,    Cedar Rapids, IA 52408)
14744561*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14719492      ##Excela Health Medical Group,    520 Jefferson Ave Ste 400,    Jeannette, PA 15644-2538
14719499     ##+Michael F. Ratchford, Esq.,    Ratchford Law Group, PC,    409 Lackawanna Avenue, Ste 320,
                 Scranton, PA 18503-2059
14719509     ##+SRA Associates, Inc.,    401 Minnetonka Rd,    Somerdale, NJ 08083-2914
                                                                                      TOTALS: 1, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Gary W. Heller mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```