**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> GARY W. HELLER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:17-24333 JAD <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/30/2017 and confirmed on 04/20/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 23,778.47 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,778.47 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,009.75 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,509.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   UNITED CONSUMER FINANCIAL SERV <br>    Acct: 3952 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HARLEY DAVIDSON CREDIT CORP* <br>    Acct: 7489 | 12,237.59 | 8,153.69 | 961.39 | 9,115.08 |
|   TOYOTA MOTOR CREDIT CORP (TMCC) <br>    Acct: 4209 | 12,933.60 | 9,175.52 | 978.12 | 10,153.64 |
|   TOYOTA MOTOR CREDIT CORP (TMCC) <br>    Acct: 2929 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 19,268.72 |
| **Priority** | | | | |
|   MARK G MOYNIHAN ESQ <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GARY W. HELLER <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MOYNIHAN LAW PC <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MARK G MOYNIHAN ESQ <br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| FIRST NATIONAL BANK OF PA(*) | 13,505.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1030 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 2,062.89 | 0.00 | 0.00 | 0.00 |
| Acct: 7241 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN A | 2,825.45 | 0.00 | 0.00 | 0.00 |
| Acct: 7495 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,093.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1656 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5867 | | | | |
| EXCELA HEALTH MEDICAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ORMG | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0612 | | | | |
| FRICK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0025 | | | | |
| FRICK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0149 | | | | |
| FRICK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0254 | | | | |
| MASON | 355.51 | 0.00 | 0.00 | 0.00 |
| Acct: 802E | | | | |
| MIDLAND FUNDING LLC | 3,348.81 | 0.00 | 0.00 | 0.00 |
| Acct: 3912 | | | | |
| MIDLAND FUNDING LLC | 973.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1734 | | | | |
| MONTGOMERY WARDS** | 611.42 | 0.00 | 0.00 | 0.00 |
| Acct: 3290 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 4,605.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0841 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,885.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4523 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,812.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5147 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,248.31 | 0.00 | 0.00 | 0.00 |
| Acct: 8060 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 682.78 | 0.00 | 0.00 | 0.00 |
| Acct: 7231 | | | | |
| QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7731 | | | | |
| THE SWISS COLONY | 353.48 | 0.00 | 0.00 | 0.00 |
| Acct: 384A | | | | |
| TOYOTA MOTOR CREDIT CORP | 6,285.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| USX FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9013 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO F| 787.71 | 0.00 | 0.00 | 0.00 |
| Acct: 8067 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 990.43 | 0.00 | 0.00 | 0.00 |
| Acct: 0875 | | | | |
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4466 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1734 | | | | |

| 17-24333 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| UNITED CONSUMER FINANCIAL SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SRA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4743 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2159 | | | | |
| ABRAHAMSEN RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2017 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5867 | | | | |
| PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2017 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 19,268.72 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED         25,171.19
UNSECURED       45.428.68

Date: 06/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com